```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/13
```

**THE HARMAN FIRM, PC**
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019
TELEPHONE 212 425 2600   FAX 212 202 3926
WWW.THEHARMANFIRM.COM

**MEMO ENDORSED**

April 12, 2013

RECEIVED
APR 15 2013

**VIA FEDERAL EXPRESS**
Hon. William H. Pauley III
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *At Last Sportswear v. Kamens*, 13 CV 2355 (WHP) (S.D.N.Y.)

Dear Judge Pauley:

      We represent the Defendant in the above-referenced action, in which his former employer, a corporation, asserts wildly inaccurate allegations of breach of contract.

      The Notice of Removal, filed April 9, 2013, has removed this matter to this Court. <u>To answer or otherwise respond to Plaintiffs' Complaint, Defendant seeks forty-five (45) days from the date of filing the Notice of Removal: a deadline of May 24, 2013.</u>

      As the Complaint was never properly served on Defendant, we respectfully propose that Defendant's response thereto would currently be due twenty-one (21) days from the filing of the Notice of Removal (*i.e.* Tuesday, April 30, 2013).

      On April 11, 2013, we wrote a letter to Plaintiff in which we sought Plaintiff's consent for this timetable. We have not yet received a response.

      Thank you for your time and attention in this matter.

                          Respectfully submitted,
                          THE HARMAN FIRM, PC

                          */s/ Walker G. Harman, Jr.*
                          Walker G. Harman, Jr.

cc:   Mark J. Alonso, Esq. (*via email*)
       Melissa Bassin, Esq. (*via email*)
       Michael Kamens (*via email*)

*Application granted.*

**SO ORDERED:**

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III U.S.D.J.
4/16/13