```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
AT LAST SPORTSWEAR, INC.,           :
                                    :   13 Civ. 2355 (WHP)
                 Plaintiff,         :
                                    :   SCHEDULING ORDER
        -against-                   :
                                    :
MICHAEL KAMENS,                     :
                                    :
                 Defendant.         :
                                    :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

   The following is established on consent:

1. Defendant's Answer to the Complaint is due May 24, 2013.

2. The parties will notify the Court by September 18, 2013 if there is to be expert discovery in this action. They will include the names of their proposed experts and the subject matters of their testimony.

3. Fact discovery will be completed by September 30, 2013.

4. A Joint Pre-Trial Order is due by October 31, 2013.

5. A Final Pre-Trial Conference will be held November 8, 2013 at 10:30 a.m.

Dated: May 16, 2013
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

-1-

Mark J. Alonso, Esq.
Alonso, Andalkar, Small, Toro & Facher, P.C.
920 Broadway, 16th Floor
New York, NY 10010
*Counsel for Plaintiff*

Walker G. Harman, Jr.
The Harman Firm PC
200 West 57th Street
New York, NY 10123
*Counsel for Defendant*