# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
AT LAST SPORTWEAR, INC.,

                Plaintiff,                           **APPEARANCE**

    -against-                                Case No.: 13 CV 2355 (WHP)

MICHAEL KAMENS,

                Defendant.
-------------------------------------------------------x
MICHAEL KAMENS,

                Third-Party Plaintiff,

    -against-

AT LAST SPORTSWEAR, INC.,
BONNI DUCHON,
SUNIL AHUJA, and
SANJAY ISRANI,

                Third-Party Defendants.
-------------------------------------------------------x

To the Clerk of this court and all parties of record:

        Please enter my appearance as counsel in this case for the Third-Party Defendants AT LAST SPORTSWEAR, INC., BONNI DUCHON, SUNIL AHUJA, and SANJAY ISRANI.

        I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 17, 2013 | *s/*Diane Windholz |
| Date | Signature |
| | |
| | Diane Windholz, Esq. |
| | Print Name |
| | |
| | JACKSON LEWIS LLP, 666 Third Avenue |
| | Address |
| | |
| | New York, NY 10017 |
| | City    State   Zip Code |
| | |
| | 212-545-4070        212-972-3213 |
| | Phone Number      Fax Number |