Pauley, W.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AT LAST SPORTWEAR, INC.,

    Plaintiff,

-against-

MICHAEL KAMENS,

    Defendant.

---

MICHAEL KAMENS,

    Third-Party Plaintiff,

-against-

AT LAST SPORTSWEAR, INC.,
BONNI DUCHON
SUNIL AHUJA, and
SANJAY ISRANI,

    Third-Party Defendants.

---

13 CV 2355 (WHP)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between the undersigned counsel for the Third-Party Plaintiff Michael Kamens and counsel for Third-Party Defendants At Last Sportswear, Bonni Duchon, Sunil Ahuja and Sanjay Israni that the time by which Third-Party Defendants shall answer, move or otherwise respond to Third-Party Plaintiff's Counterclaims and Third-Party Complaint shall be extended through and including July 15, 2013.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

6/24/13

| | |
|---|---|
| THE HARMAN FIRM, PC<br>    200 West 57th Street, Suite 900<br>    New York, New York 10019<br>    (212) 425-2600 | JACKSON LEWIS LLP<br>    666 Third Avenue<br>    New York, New York 10017<br>    (212) 545-4000 |
| By: _/s/ Walker G. Harman_____<br>    Walker G. Harman, Jr. (WH-8044)<br>    Peter J. Andrews (PA-3295) | By: _/s/ Diane Windholz_____<br>    Diane Windholz (DW9806) |
| Dated: June 14, 2013 | Dated: June ___, 2013 |
| ATTORNEYS FOR THIRD-PARTY<br>PLAINTIFF | ATTORNEYS FOR THIRD-PARTY<br>DEFENDANTS |

SO ORDERED:

_____
    U.S.D.J.

2