# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X
AT LAST SPORTSWEAR, INC.,
    *Plaintiff,*

    V.

MICHAEL KAMENS
    *Defendant.*
-------------------------------------X
MICHAEL KAMENS,
    *Third-Party Plaintiff,*

    V.
AT LAST SPORTSWEAR, INC.,
BONNI DUCHON,
SUNIL AHUJA, and
SANJAY ISRANI,
    *Third-Party Defendants.*
-------------------------------------X

Case No.: 13 CV 2355 (WHP)

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for the Plaintiff AT LAST SPORTSWEAR, INC.

I certify that I am admitted to practice in this court.

Date: August 2, 2013              _____s/_____

                                                      Katherine M. Jensen (KJ 0166)
                                                      Alonso, Andalkar, Small, Toro & Facher, P.C.
                                                      920 Broadway, 16th Floor
                                                      New York, New York 10010
                                                      kjensen@alonsolegal.com
                                                      (212) 598-5900
                                                      (212) 598-4650 (Fax)