USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
:
AT LAST SPORTSWEAR, INC., :
: 13 Civ. 2355 (WHP)
Plaintiff, :
: SCHEDULING ORDER
-against- :
:
MICHAEL KAMENS, :
:
Defendant/Third- Party :
Plaintiff, :
:
-against- :
:
SANJAY ISRANI, *et al.*, :
:
Third-Party Defendants. :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a conference on August 2, 2013, the following schedule is established on consent:

1. Kamens will notify the parties by August 7, 2013 as to whether he intends to amend or withdraw any counter-claims;

2. Kamens will make any amendments to his counter-claims by August 9, 2013;

3. Discovery will close November 15, 2013 and there will be no further extensions;

4. The parties will file a joint pretrial order by December 13, 2013;

5. The Court will hold a final pretrial conference on December 18, 2013 at 2:00 p.m.

Dated: August 2, 2013
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Catania Facher, Esq.
Alonso, Andalkar, Small, Toro & Facher, P.C.
920 Broadway, 16th Floor
New York, NY 10010
*Counsel for Plaintiff*

Walker G. Harman, Jr.
The Harman Firm PC
200 West 57th Street
New York, NY 10123
*Counsel for Defendant*

Diane Windholz, Esq.
Jackson Lewis LLP
666 Third Avenue, 29th Floor
New York, NY 10017
*Counsel for At Last Sportswear
and Third-Party Defendants*