USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/13

# THE HARMAN FIRM, PC

ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019

TELEPHONE 212 425 2600   FAX 212 202 3926

WWW.THEHARMANFIRM.COM

**MEMO ENDORSED**

August 6, 2013

**VIA HAND DELIVERY**
Hon. William H. Pauley III
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

RECEIVED
    6 2013
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

    Re:   *At Last Sportswear v. Kamens*,
           13 CV 2355 (WHP) (S.D.N.Y.)

Dear Judge Pauley:

    We represent Defendant Michael Kamens in the above-referenced action, in which his former employer, a corporation, asserted breach of contract claims after it induced him to work for it under false pretenses and then terminated his position. He has been robbed of hundreds of thousands of dollars and is now unemployed and has asserted counter-claims against Plaintiff and three (3) individuals with whom he worked for Plaintiff.

    Pursuant to the Court's August 5, 2013, Scheduling Order (Docket Entry 16), Mr. Kamens is to "notify the parties by August 7, 2013 as to whether he intends to amend or withdraw any counter-claims," and that Mr. Kamens "will make any amendments to his counter-claims by August 9, 2013." *See Scheduling Order*, annexed hereto as *Exhibit A*.

    We respectfully request that the Court grant Mr. Kamens an extension for the two (2) deadlines above. We raise this concern now because we need more time to consult with our client, in addition to several unexpected conflicts that have arisen regarding timing. We respectfully propose an extension of one (1) week, *i.e.*, that Mr. Kamens be:

    (i)    Ordered to notify the Parties of his intentions by Wednesday, August 14, 2013;

    (ii)   Ordered to make amendments, if any, to his counter-claims by Friday, August 16, 2013.

    No prior requests for such an extension have been made.

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.  8/8/13

We thank the Court for its time and attention.

>Respectfully submitted,
>THE HARMAN FIRM, PC
>
>*Walker G. Harman, Jr.* [WH-8044]

cc: Diane Windholz, Esq. (via email, windhold@jacksonlewis.com)
     Catania Facher, Esq. (via email, cfacher@alonsolegal.com)
     Mark J. Alonso, Esq. (via email, malonso@alonsolegal.com)
     Katherine M. Jensen, Esq. (via email, kjensen@alonsolegal.com)
     Michael Kamens (via email)