# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| At Last Sportswear, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13 CV 2355 (WHP) |
| Michael Kamens | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant and Third-Party Plaintiff, Michael Kamens

Date: 10/07/2013

s/
*Attorney's signature*

Peter J. Andrews [PA-3295]
*Printed name and bar number*

The Harman Firm, PC
200 West 57th Street
Suite 900
New York, NY  10019
*Address*

pandrews@theharmanfirm.com
*E-mail address*

(212) 425-2600
*Telephone number*

(212) 202-3926
*FAX number*