UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

AT LAST SPORTSWEAR, INC.,

        Plaintiff,

    -against-

MICHAEL KAMENS,

        Defendant/Third- Party Plaintiff,

    -against-

SANJAY ISRANI, *et al.*,

        Third-Party Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

13 Civ. 2355 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared at a conference on October 4, 2013, the following schedule is established on consent:

1. Plaintiff At-Last Sportswear and Third-Party Defendants Sanjay Israni, Sunil Ahuja, and Bonnie Duchon will file their motion to strike Defendant Michael Kamens's jury demand by October 18, 2013;

2. Kamens's opposition is due by November 1, 2013;

3. Any reply will be filed by November 8, 2013;

4. This Court will hear oral argument on November 22, 2013 at 10:30 a.m.

Dated: October 9, 2013
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Catania Facher, Esq.
Alonso, Andalkar, Small, Toro & Facher, P.C.
920 Broadway, 16th Floor
New York, NY 10010

Katherine M. Jensen, Esq.
McCusker, Anselmi, Rosen,Carvelli & PC
210 Park Avenue, Suite 301
Florham Park, NJ 07932
*Counsel for At Last Sportswear*

Walker G. Harman, Jr., Esq.
Peter J. Andrews, Esq.
The Harman Firm PC
200 West 57th Street
New York, NY 10123
*Counsel for Michael kamens*

Diane Windholz, Esq.
Orla J. McCabe, Esq.
Jackson Lewis LLP
666 Third Avenue, 29th Floor
New York, NY 10017
*Counsel for At Last Sportswear
and Third-Party Defendants*