```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  --------------------------------------X
    AT LAST SPORTSWEAR, INC.,             )
 3                                        )
                          Plaintiff,  ) 13 CV 2355 (WHP)
 4                                        )
          v.                              )
 5                                        )
    MICHAEL KAMENS,                       )
 6                                        )
    Defendant and Third-Party Plaintiff,  )
 7                                        )
          v.                              )
 8                                        )
    AT LAST SPORTSWEAR, INC.,             )
 9  BONNI DUCHON,                         )
    SUNIL AHUJA, and                      )
10  SANJAY ISRANI,                        )
                                          )
11                                        )
                  Third-Party Defendants. )
12  --------------------------------------X

13

14

15

16                    DEPOSITION OF

17                    SANJAY ISRANI

18                  NEW YORK, NEW YORK

19                 SEPTEMBER 10, 2013

20

21

22  ATKINSON-BAKER, INC.
    COURT REPORTERS
23  (800) 288-3376
    www.depo.com
24
    REPORTED BY: HELEN SHUM
25  FILE NO.: A709980
```

```
 1                        S. ISRANI
 2        Q.   Have you prepared for today's deposition
 3   prior to today?
 4        A.   I had a conversation with our attorney a
 5   few days ago, and that's it.
 6        Q.   Have you brought any documents with you
 7   today?
 8        A.   No, I have not.
 9             MR. ANDREWS:  I did want to state for the
10        record -- this is not a question.  It's something
11        I wanted to state for the record.  Mr. Kamens,
12        the Defendant, just served his request for
13        production of documents yesterday.  We recognize
14        that there has been no opportunity for you or
15        anyone else at your company to have responded to
16        them.
17             Today's deposition will be relatively
18        short, and the Defendant reserves the right to
19        continue the deposition at a latter date once
20        documents are produced.  Your attorney may object
21        to that, and she'll have every opportunity to say
22        what she wants to say.
23             Your company and you have been served with
24        a document request.  You will have approximately
25        30 days to respond.  Depending on the documents
```

8

```
 1                        S. ISRANI
 2        that are produced, we may seek to continue the
 3        deposition, and that's not a question for you.
 4        That's really directed to your attorney, if
 5        Ms. Windholz wants to respond.
 6              MS. WINDHOLZ:  Thank you.  I appreciate
 7        that.  Rule 30 of the Federal Rules of Civil
 8        Procedure expressly provides that depositions are
 9        to be conducted over the course of one day.
10        Parties are allowed seven hours over one day, not
11        a series of days, one day in which to conduct the
12        deposition.
13              You're allowed to take your full seven
14        hours today, but after today, Mr. Israni's
15        deposition will be closed.  A decision was made
16        by Mr. Kamens' Counsel to take the Third-Party
17        Defendant's deposition prior to serving
18        discovery.  That was a decision that was made,
19        and we're not going to keep this deposition open
20        pending receipt of the responses to the discovery
21        request served to us yesterday.
22        Q.    Okay.  We'll continue with the deposition
23  now.
24              You testified that you work in the Secaucus
25  office.  Do you maintain an office in more than one
```