```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ---------------------------------------X
    AT LAST SPORTSWEAR, INC.,              )
 3                                         )
                          Plaintiff,  ) 13 CV 2355 (WHP)
 4                                         )
          v.                               )
 5                                         )
    MICHAEL KAMENS,                        )
 6                                         )
    Defendant and Third-Party Plaintiff,   )
 7                                         )
          v.                               )
 8                                         )
    AT LAST SPORTSWEAR, INC.,              )
 9  BONNI DUCHON,                          )
    SUNIL AHUJA, and                       )
10  SANJAY ISRANI,                         )
                                           )
11                                         )
              Third-Party Defendants.      )
12  ---------------------------------------X

13

14

15

16              DEPOSITION OF

17                BONNI DUCHON

18              NEW YORK, NEW YORK

19              SEPTEMBER 12, 2013

20

21

22  ATKINSON-BAKER, INC.
    COURT REPORTERS
23  (800) 288-3376
    www.depo.com
24
    REPORTED BY: HELEN SHUM
25  FILE NO.: A709981
```

```
 1                          B. DUCHON
 2   knowledge and experiences and recollections.  If you
 3   don't know the answer to a question or you don't
 4   remember, you should not guess or speculate.  If you
 5   don't understand one of my questions, please ask me, and
 6   I will attempt to rephrase the question.
 7              From time to time, your attorney may make
 8   objections for the record.  Unless it's a situation
 9   where your attorney is advising you not to answer the
10   question, the objection is for the record, and you
11   should attempt to answer the question to the best of
12   your ability, even though your attorney has objected.
13              We will roughly break once an hour for five
14   minutes, five, ten minutes, to give everyone a chance to
15   stretch.  If at any time during the deposition however
16   you need a break, please ask for one, and we'll break.
17   The only request I have is that you do not take a break
18   while one of my questions is pending that you have to
19   provide an answer to, and I also request that you do not
20   discuss your testimony with your attorney during the
21   course of the deposition.
22              We were here Tuesday, and I also noted for
23   the record that the Defendant in this case has recently
24   served a document request.  The Plaintiff or Plaintiffs
25   have not had an opportunity to respond to that document
```

```
1                       B. DUCHON
2   request yet since it was only served Tuesday.  It is our
3   position, Mr. Kamens' position, that if documents are
4   produced that are responsive, we may seek to reopen the
5   deposition and continue it at a latter date.
6             Your Counsel disagrees with that position.
7   We'll give her every opportunity to state her
8   disagreement for the record.  We will not be taking
9   seven hours today in the event that the deposition needs
10  to be continued.  I expect that we will end at 1:30 or
11  2:00 this afternoon.  With that being said, Diane, if
12  you want to state your response.
13            MS. WINDHOLZ:  I'll just reiterate my
14       objection again to the continuation of the
15       deposition.  Rule 30 of the Federal Rules of
16       Civil Procedure clearly states that depositions
17       are to be conducted over the course of a maximum
18       of seven hours over the course of one day, not on
19       continuing days, but very clearly in one day.
20            So we would object to the continuation of
21       this deposition on any other day.  You have your
22       full seven hours today.  I suggest you use those
23       seven hours to complete Ms. Duchon's deposition
24       today because we will not produce her again at a
25       later date.
```