```
 1

 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3
     - - - - - - - - - - - - - - - - x
 4   AT LAST SPORTSWEAR, INC.,
                    Plaintiff,
 5                                    Index No.
                                      13CV2355
 6          -against-

 7   MICHAEL KAMENS,

 8                    Defendant.

 9   - - - - - - - - - - - - - - - - x

10   MICHAEL KAMENS,

11                    Third-Party Plaintiff,

12

13          -against-

14   AT LAST SPORTSWEAR, INC., BONNI DUCHON,
     SUNIL AHUJA AND SANJAY ISRANI,
15
                      Third-Party Defendant.
16   - - - - - - - - - - - - - - - - x
     CONTINUED ON NEXT PAGE:
17
                      DATE: September 17, 2013
18                    DEPONENT: SUNIL AHUJA

19

20   ATKINSON-BAKER, INC.
     COURT REPORTERS
21   (800) 288-3376
     www.depo.com
22
     REPORTED BY:  LA VERNE HAIRSTON
23   FILE NO:  A709DA4

24

25
```

```
1                          S. AHUJA
2    point, Mr. Sunil may want to take a break.
3    The only request I have of you is that we do
4    not break while a question is pending.  So,
5    if I ask a question, please answer before we
6    take a break.
7              I also request that you do not
8    discuss your testimony with Ms. Windholz or
9    with Mr. Israni, your colleague, who is here
10   with us today.  I note that Mr. Israni whose
11   deposition was taken several days ago is
12   present today.  However, he is not to
13   participate in the deposition, other than as
14   an observer; do you understand?
15        A.   I understand everything.
16        Q.   What is your current business
17   address?
18        A.   Current business address is 110
19   Enterprise Avenue, South Secaucus, New Jersey
20   and showroom address is 525 Seventh Avenue.
21        Q.   Do you maintain an office at 525
22   Seventh Avenue yourself?
23        A.   Yes.
24        Q.   I also want to mention, and I
25   mentioned this at the other two depositions
```

```
 1                          S. AHUJA
 2    in this case, we have recently served a
 3    document request on your company.  It went
 4    out, if I am not mistaken, last week.  Your
 5    company has not yet had the opportunity to
 6    respond to that request.  You received it
 7    about a week ago.  If documents are produced
 8    in response to our document request, we do
 9    reserve the right to reopen the deposition in
10    this case at a later date.  For that reason,
11    today's deposition will be relatively short.
12    We will not be taking a seven hour
13    deposition.  I am not certain if we will go
14    past lunch, we may go past lunch.  We will
15    not be here to 5:00 today or 6:00 today.  As
16    a courtesy, I will certainly give your
17    counsel an opportunity to make whatever
18    remarks you want to that.
19                MS. WINDHOLZ:  As we stated at
20          Mr. Israni's deposition, the Federal
21          rules and procedure clearly provides
22          that depositions that be conducted
23          over the course of seven hours in one
24          day, not on consecutive days.  The
25          depositions are to begin and end in
```

9