UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AT LAST SPORTSWEAR, INC.,

        Plaintiff,

    -against-

MICHAEL KAMENS,

        Defendant.

------------------------------------------------------------x

MICHAEL KAMENS,

        Third-Party Plaintiff,

    -against-

AT LAST SPORTSWEAR, INC., BONNI DUCHON, SUNIL AHUJA, and SANJAY ISRANI,

        Third-Party Defendants.

------------------------------------------------------------x

13 CV 2355 (WHP)

**<u>NOTICE OF THIRD-PARTY DEFENDANTS' MOTION TO STRIKE THIRD-PARTY PLAINTIFF'S JURY DEMAND</u>**

TO:    Walker G. Harman, Jr., Esq.
          200 West 57th Street, Suite 900
          New York, New York 10019

        PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Affirmation of Diane Windholz, and all prior pleadings and proceedings herein, the undersigned counsel for Third-Party Defendants will move this Court, the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on November 22, 2013, for an order granting Third-Party Defendants' Motion to Strike Third-Party Plaintiff's Jury Demand, and for such other and further relief as this Court may deem just and proper.

1

Dated: New York, New York
October 18, 2013

                                  Respectfully submitted,

                                  JACKSON LEWIS LLP

                                  666 Third Avenue, 29th Floor
                                  New York, New York 10017
                                  (212) 545-4000 Telephone
                                  (212) 972-3213 Facsimile

By: _____
                                  Diane Windholz (DW 9806)
                                  Orla J. McCabe (OM 1441)

                                  ALONSO, ANDALKAR, SMALL, TORO
                                  & FACHER, P.C.
                                  920 Broadway
                                  New York, NY 10010
                                  (212) 598-5900

By: _____
                                  Mark J. Alonso
                                  Katherine Jensen

                                  ATTORNEYS FOR THIRD-PARTY
                                  DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2013, Third-Party Defendants' Notice of Motion to Strike Third-Party Plaintiff's Jury Demand was served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

Walker G. Harman, Jr., Esq.
200 West 57th Street, Suite 900
New York, New York 10019

_____
ORLA J. MCCABE, ESQ.

4833-8255-8742, v. 1