UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AT LAST SPORTSWEAR, INC.,

        Plaintiff,

-against-

MICHAEL KAMENS,

        Defendant.
-----------------------------------------------------------------x
MICHAEL KAMENS,

        Third-Party Plaintiff,

-against-

AT LAST SPORTSWEAR, INC., BONNI DUCHON, SUNIL AHUJA, and SANJAY ISRANI,

        Third-Party Defendants.
-----------------------------------------------------------------x

13 CV 2355 (WHP)

**AFFIRMATION OF DIANE WINDHOLZ IN SUPPORT OF THIRD-PARTY DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO STRIKE THIRD-PARTY PLAINTIFF'S JURY DEMAND**

DIANE WINDHOLZ, under penalty of perjury, affirms and states the following:

1. I am a member of the law firm of Jackson Lewis LLP, counsel for Third-Party Defendants At Last Sportswear, Inc., Bonni Duchon, Sunil Ahuja, and Sanjay Israni in the above-referenced matter. In that capacity, I submit this Affirmation in Support Third-Party Defendants' Memorandum of Law in Support of Their Motion to Strike Third-Party Plaintiff's Jury Demand.

2. A true and accurate copy of Third-Party Plaintiff's Answer, Counterclaims and Third-Party Complaint is attached hereto as Exhibit A.

3. A true and accurate copy of the docket sheet for the instant case is attached hereto as Exhibit B.

4. A true and accurate copy of the Notice of Appearance of Diane Windholz is attached hereto as Exhibit C.

5. A true and accurate copy of Third-Party Plaintiff's Amended Answer, Counterclaims and Third-Party Complaint is attached hereto as Exhibit D.

6. A true and accurate copy of Third-Party Plaintiff's September 24, 2013 letter to the Court is attached hereto as Exhibit E.

_____
Diane Windholz