# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AT LAST SPORTWEAR, INC.,

                Plaintiff,

-against-

MICHAEL KAMENS,

                Defendant.

------------------------------------------------------------x

MICHAEL KAMENS,

                Third-Party Plaintiff,

-against-

AT LAST SPORTSWEAR, INC.,
BONNI DUCHON,
SUNIL AHUJA, and
SANJAY ISRANI,

                Third-Party Defendants.

------------------------------------------------------------x

**APPEARANCE**

Case No.: 13 CV 2355 (WHP)

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for the Third-Party Defendants AT LAST SPORTSWEAR, INC., BONNI DUCHON, SUNIL AHUJA, and SANJAY ISRANI.

    I certify that I am admitted to practice in this court.

June 17, 2013
Date

s/Diane Windholz
Signature

Diane Windholz, Esq.
Print Name

JACKSON LEWIS LLP, 666 Third Avenue
Address

New York, NY 10017
City    State   Zip Code

212-545-4070
Phone Number

212-972-3213
Fax Number