

## Fwd: Re:

**Peter Andrews** <pandrews@theharmanfirm.com>  Mon, Oct 28, 2013 at 8:53 AM
To: Diane Windholz <windhold@jacksonlewis.com>
Cc: Walker Harman <wharman@theharmanfirm.com>, Lucas Larson <llarson@theharmanfirm.com>

Have you produced all documents you intend to use at the deposition we will not let him be examined about documents which have not been produced.

Sent from my iPhone