

## Re: RE: Re:

**Peter Andrews** <pandrews@theharmanfirm.com>                                    Mon, Oct 28, 2013 at 11:57 AM
To: "Windholz, Diane (NYC)" <WindholD@jacksonlewis.com>

No no one else is coming, just us two.

Peter Andrews
Attorney at Law
THE HARMAN FIRM, PC
200 West 57th Street | Suite 900 | New York NY 10019
t 212.425.2600 | d 917.826.7478 | f 212.202.3926
pandrews@theharmanfirm.com
www.theharmanfirm.com

This message and any attached file are intended only for the person or entity to which they are addressed, and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, or copying of this message or the information herein by anyone other than the intended recipient, or an agent thereof, is prohibited. If you have received this message in error, please notify us immediately.