UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
AT LAST SPORTSWEAR, INC., : 13 Civ. 2355 (WHP)

        Plaintiff, : ORDER

    -against- :

MICHAEL KAMENS, :

        Defendant. :
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/13

The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

__X__ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____ Specific Non-Dispositive Motion/Dispute*

_____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_____ Habeas Corpus

_____ Settlement*

_____ Social Security

_____ Inquest After Default/Damages Hearing

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: November 4, 2013
       New York, New York

                              UNITED STATES DISTRICT JUDGE
                              WILLIAM H. PAULEY III

*Copy sent to:*

Magistrate Judge Netburn

*Counsel of Record:*

Catania Facher, Esq.
Alonso, Andalkar, Small, Toro & Facher, P.C.
920 Broadway, 16th Floor
New York, NY 10010

Katherine M. Jensen, Esq.
McCusker, Anselmi, Rosen,Carvelli & PC
210 Park Avenue, Suite 301
Florham Park, NJ 07932
*Counsel for At Last Sportswear*

Walker G. Harman, Jr., Esq.
Peter J. Andrews, Esq.
The Harman Firm PC
200 West 57th Street
New York, NY 10123
*Counsel for Michael kamens*

Diane Windholz, Esq.
Orla J. McCabe, Esq.
Jackson Lewis LLP
666 Third Avenue, 29th Floor
New York, NY 10017
*Counsel for At Last Sportswear
and Third-Party Defendants*