UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AT LAST SPORTSWEAR,

                Plaintiff,             13-CV-2355 (WHP)(SN)

     -against-                   **ORDER**

MICHAEL KAMENS,

                Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On November 4, 2013, the Honorable William H. Pauley III referred this matter to my docket. The Court has received the October 31, 2013, and November 7, 2013, letters from counsel for defendant and third-party plaintiff Michael Kamens. In light of these letters, a discovery conference is scheduled for November 13, 2013, at 4:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

                                              _____
                                              SARAH NETBURN
                                              United States Magistrate Judge

DATED:  New York, New York
            November 8, 2013