```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AT LAST SPORTSWEAR, INC.,

                            Plaintiff,              13-CV-02355 (WHP)(SN)

            -against-                                      ORDER

MICHAEL KAMENS,

                            Defendant.
----------------------------------------------------------------- X
MICHAEL KAMENS,

      Third-Party Plaintiff/Counter-Claimant,

            -against-

SANJAY ISRANI, et al.,

      Third-Party Defendants/Counter-Defendant.
-----------------------------------------------------------------X
```

SARAH NETBURN, United States Magistrate Judge:

      On November 13, 2013, the parties appeared for a discovery conference. Counsel for the Third-Party Defendants and Counter-Defendant (the "Third-Party Defendants") is directed to submit a letter to the Court by November 15, 2013, indicating whether its clients are willing to participate in a Settlement Conference. If so, the letter should indicate several proposed dates in the month of December that <u>all parties</u>, including the principals with decision making authority, can appear. The parties are directed to review my Procedures for Cases Referred for Settlement for further information on who is expected to attend a settlement conference.

      With respect to any outstanding discovery, the Third-Party Defendants shall deliver today the electronic copies of the emails addressed in the parties' previous letters, and shall produce all employee handbooks or policy manuals by November 22, 2013.

With respect to Kamens's contention interrogatories, the parties are directed to meet and confer to determine whether certain responsive information can be provided, particularly those questions that seek information concerning At Last Sportswear's damages. To the extent the parties cannot reach agreement, counsel for Kamens shall submit a letter to the court explaining the legal justification for defendant's supplemental interrogatories by November 22, 2013. Such letter should also address the timeliness of service of these interrogatories under Local Rule 33.3. A copy of the interrogatories and any other supporting documents should be attached to the letter. The Third-Party Defendants will have until December 2, 2013 to respond.

With respect to Kamens's supplemental discovery demands served on November 8, 2013, the Third-Party Defendants shall respond by December 6, 2013. Thereafter, the parties shall meet-and-confer regarding any objections and privilege assertions. If, after such discussions, the parties cannot reach a resolution, the party seeking the discovery shall file a letter to compel by December 13, 2013, with a response from the resisting party to be filed by December 18, 2013.

With respect to the remaining discovery disputes, Kamens will produce copies of texts in his possession and screen shots of the dates of the discussed phone recording by November 22, 2013. In light of the Third-Party Defendants' representation that they no longer possess copies of any relevant texts, the parties have agreed to stay discovery efforts to subpoena such texts from the providers pending the parties' settlement conference.

The November 22, 2013 oral argument before the Honorable William H. Pauley III is ADJOURNED, as this Court will rule on the pending motion to strike the plaintiff's jury demand.

Other than those matter addressed above, discovery is closed. All further deadlines are stayed pending further order of this Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         November 14, 2013