UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
AT LAST SPORTSWEAR, INC.,

                              **Plaintiff,**

      -against-

MICHAEL KAMENS,

                              **Defendant.**
------------------------------------------------------------------ X
MICHAEL KAMENS,

    Third-Party Plaintiff/Counter-Claimant,

      -against-

SANJAY ISRANI, et al.,

    Third-Party Defendants/Counter-Defendant.
------------------------------------------------------------------ X

**13-CV-02355 (WHP)(SN)**

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    A settlement conference is scheduled for Thursday, December 12, 2013 at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at http://www.nysd.uscourts.gov/judge/Netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letter, which is to be submitted by Thursday, December 05, 2013. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:    New York, New York
                 November 18, 2013