# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019

TELEPHONE 212 425 2600    FAX 212 202 3926

WWW.THEHARMANFIRM.COM

December 11, 2013

**VIA ECF**
Hon. Sarah Netburn
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, New York 10007

    **Re:**   *At Last Sportswear v. Kamens*
            13 CV 2355 (WHP)(SN)

Dear Judge Netburn:

    We represent Michael Kamens, who is the Defendant, Third-Party Plaintiff, and Counter-Claimant in this matter.

    As this office represented to Your Honor's Courtroom Deputy, I am very ill and in an abundance of caution, respectfully request that tomorrow's Settlement Conference be postponed. This office has contacted opposing counsel, which object to the proposed adjournment as it would purportedly prejudice and because time has already been set aside by the attendees. Opposing counsel provided no other dates of availability. This office and Mr. Kamens would be available for an adjourned settlement conference (i) next Tuesday, December 17; (ii) Wednesday, December 18; or (iii) Thursday, December 19, 2013.

    No previous request for this relief has been requested.

    We thank the Court for its time and consideration.

    Respectfully submitted,
    THE HARMAN FIRM, PC


    _____s/_____
    Walker G. Harman, Jr.


cc:    Diane Windholz, Esq. (via ECF)
        Orla J. McCabe, Esq. (via ECF)
        Catania Facher, Esq. (via ECF)
        Katherine Jensen, Esq. (via ECF)
        Mark Alonso, Esq. (via ECF)
        Peter J. Andrews, Esq. (via ECF)